```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 21192
   JENEANE ALLY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8946


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/12/2007 and was not confirmed.

     The case was dismissed without confirmation 02/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
B-REAL LLC                  UNSECURED         1216.71            .00            .00
LITTON LOAN SERVICING       CURRENT MORTG        .00             .00            .00
LITTON LOAN SERVICING       SECURED NOT I    57831.09            .00            .00
LVNV FUNDING LLC            UNSECURED          249.31            .00            .00
BERT J ZACZEK               DEBTOR ATTY         .00                             .00
TOM VAUGHN                  TRUSTEE                                             .00
DEBTOR REFUND               REFUND                                              .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                        .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 05/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```